No. 11–7264. PAPE v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 11–7273. MORRIS v. NEW MEXICO. Ct. App. N. M. Certiorari denied.

No. 11–7276. PERKINS v. QUINN ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–7277. PERKINS v. ROCK, SUPERINTENDENT, UPSTATE CORRECTIONAL FACILITY, ET AL. C. A. 2d Cir. Certiorari denied.

No. 11–7282. PARKER v. TIM LALLY CHEVROLET. C. A. 6th Cir. Certiorari denied.

No. 11–7287. SHABAZZ v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 11–7293. SHACKLEFORD v. HAVNER; and
No. 11–7317. DIAZ-BEY v. HAVNER. C. A. 4th Cir. Certiorari denied. Reported below: 435 Fed. Appx. 229.

No. 11–7295. BONHAM v. UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA. C. A. 9th Cir. Certiorari denied.

No. 11–7297. STRICKLAND v. GANSHEIMER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–7298. REED v. REDNOUR, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–7301. LACY v. NOOTH, SUPERINTENDENT, SNAKE RIVER CORRECTIONAL INSTITUTION. C. A. 9th Cir. Certiorari denied.

No. 11–7303. SCOTT v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 11–7309. ZOELLICK v. ZOELLICK. Sup. Ct. Ga. Certiorari denied.

No. 11–7310. TETERS v. FLORES. Ct. App. Ariz. Certiorari denied.